AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

CARROLL W. PUCKETT

V.

McPHILLIPS SHINBAUM LLP; JULIAN L. McPHILLIPS; KENNETH SHINBAUM; AND AMELIA STRICKLAND.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06-cv-1148-WKW

TO: (Name and address of defendant)

McPHILLIPS SHINBAUM, LLP
c/o JULIAN L. McPHILLIPS as Senior Partner
McPHILLIPS SHINBAUM LAW OFFICES
516 South Perry Street
Montgomery, Alabama  36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, ALABAMA  36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

12/28/06

DATE

(BY) DEPUTY CLERK

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

CARROLL W. PUCKETT

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:06-cv-1148-WKW

McPHILLIPS SHINBAUM LLP; JULIAN L.
McPHILLIPS; KENNETH SHINBAUM; AND
AMELIA STRICKLAND.

TO: (Name and address of defendant)

> Julian L. McPhillips
> McPHILLIPS SHINBAUM LLP
> 516 South Perry Street
> Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> GEORGE E. JONES, III
> ATTORNEY & COUNSELOR AT LAW
> 711 ALABAMA AVENUE
> POST OFFICE BOX 9
> SELMA, ALABAMA 36702-0009
> (334) 874-6617
> (334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                            12/28/06

CLERK                                        DATE

(BY) DEPUTY CLERK

# United States District Court

MIDDLE DISTRICT OF ALABAMA

CARROLL W. PUCKETT

## SUMMONS IN A CIVIL CASE

V.

McPHIILIPS SHINBAUM LLP; JULIAN L. McPHILLIPS; KENNETH SHINBAUM; AND AMELIA STRICKLAND.

CASE NUMBER: 2:06-CV-1148-WKW

TO: (Name and address of defendant)

Amelia Strickland
McPHILLIPS, SHINBAUM LLP
516 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, ALABAMA 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

12/28/06

DATE

(BY) DEPUTY CLERK

# United States District Court

MIDDLE _____ DISTRICT OF _____ ALABAMA

CARROLL W. PUCKETT

V.

McPHILLIPS SHINBAUM LLP; JULIAN L. McPHILLIPS; KENNETH SHINBAUM; AND AMELIA STRICKLAND.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:06-cv-1148-WKW

TO: (Name and address of defendant)

Kenneth Shinbaum, Esquire
McPHILLIPS, SHINBAUM LLP
516 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, ALABAMA 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

12/28/06

DATE

(BY) DEPUTY CLERK