**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Julian L. McPhillips
   McPHILLIPS SHINBAUM LLC
   516 South Perry Street
   Montgomery, AL  36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Stacey Strickland           ☐ Agent
                                   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Stacey Strickland              12/29

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   06cv1148 S+C

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0006 6828 6540

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Amelia Strickland
   McPHILLIPS SHINBAUM LLC
   516 South Perry Street
   Montgomery, AL  36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Stacey Strickland           ☐ Agent
                                   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Stacey Strickland              12/29

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   06cv1148 S+C

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0006 6828 6557

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154