**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kenneth J. Shinbaum, Esq.
   McPHILLIPS, SHINBAUM LLC
   516 South Perry Street
   Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Stacey Strickland*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Stacey Strickland
C. Date of Delivery: 12/29
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   06CV1148 SVC

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0006 6828 6564

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   McPHILLIPS, SHINBAUM LLC
   c/o Julian McPhillips
       as Senior Partner
   McPHILLIPS, SHINBAUM
   516 South Perry Street
   Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Stacey Strickland*  ☐ Agent  ☒ Addressee
B. Received by (Printed Name): Stacey Strickland
C. Date of Delivery: 12/29/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   06CV1148 SVC

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0006 6828 6571

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154