IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:06-cv-1148-WKN |
| | ) |
| MCPHILLIPS SHINBAUM, LLP; | ) |
| JULIAN MCPHILLIPS; KENNETH | ) |
| SHINBAUM; AND AMELIA STRICKLAND, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO FILE A RESPONSIVE PLEADING**

Come now the Defendants in the above-styled case, by and through undersigned counsel, and request an extension of ten (10) days within which to file a responsive pleading. The requested extension is to give counsel an opportunity to gather necessary facts to make a more substantive and complete response to the Complaint. Although the undersigned has attempted to reach George Jones, the attorney for Plaintiff, on several occasions to see if he objected to the requested extension, and although Mr. Jones has returned several phone calls, the lawyers have been unable to speak.

Dated this 17th day of January, 2007.

Respectfully submitted,

s/Robert D. Segall
Robert D. Segall (SEG003)
Shannon L. Holliday (HOL088)

*Attorneys for Defendants*

        Copeland Franco Screws & Gill, P.A.
        Post Office Box 347
        Montgomery AL 36101-0347
        Phone: 334-834-1180
        Fax: 334-834-3172
        email: segall@copelandfranco.com
        email: holliday@copelandfranco.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following counsel of record, via U.S. Mail, postage prepaid and properly addressed on this the 17th day January, 2007:

        George E. Jones, III, Esq.
        711 Alabama Avenue
        Selma, AL 36701
        Phone: 334-874-6618

        s/Robert D. Segall
        Of Counsel