IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MCPHILLIPS SHINBAUM, LLP, )<br>*et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:06-cv-1148-WKW |

## **ORDER**

Upon consideration of the Motion for Extension of Time Within Which to File a Responsive Pleading filed by the defendants on January 17, 2007 (Doc. # 5), it is hereby

ORDERED that the motion is GRANTED and the defendants shall file a responsive pleading to the Complaint on or before January 29, 2007.

DONE this 18th day of January, 2007.

                                               /s/  W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE