IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MCPHILLIPS SHINBAUM, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:06-cv-1148-WKW |

**O R D E R**

Upon consideration of the Defendants' Motion for Summary Judgment (Doc. #7) filed on January 29, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on February 27, 2007.

It is further ORDERED that the Plaintiff file a response which shall include a brief and any evidentiary materials on or before February 20, 2007. The Defendants may file a reply brief on or before February 27, 2007.

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. The paper courtesy copy shall be bound in a three-ring binder and tabbed for those submissions (including briefs and evidentiary materials) that exceed 25 pages**

DONE this the 30th day of January, 2007.

                              /s/   W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE