IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:06-cv-1148-WKW |
| McPHILLIPS SHINBAUM, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

COMES NOW THE PLAINTIFF, by and through his undersigned counsel of record, and respectfully moves this Honorable Court for an extension of seven (7) additional days, to and including Tuesday, February 27, 2006, to file his response to DEFENDANTS' pending Motion for Summary Judgment. As grounds therefor it is shown unto the Court as follows:

1. The DEFENDANTS have filed a Motion for Summary Judgment which is presently pending before the Court. Heretofore the Court has issued an Order providing that PLAINTIFF'S response to same shall be due on or before Tuesday, February 20, 2007.

2. The undersigned counsel has been actively involved in other civil and criminal work both at trial and on appeal before the state and Federal Courts and he has not had an ample opportunity to prepare PLAINTIFF'S response.

3. Of necessity, PLAINTIFF requires an adequate opportunity to prepare said response.

4.      Counsel for the DEFENDANTS, the HON. ROBERT D. SEGALL, has authorized the undersigned to represent to the Court that he has no objection to a seven (7) day extension of time.

WHEREFORE, THE PREMISES CONSIDERED, PLAINTIFF prays this Honorable Court shall enter an appropriate Order granting him an extension of seven (7) additional days, to and including Tuesday, February 27, 2007, to file his response to DEFENDANT'S pending Motion for Summary Judgment.

Respectfully submitted this the __20TH__ day of February, 2007.

__/s/   GEORGE E. JONES, III__<br>
GEORGE E. JONES, III<br>
Attorney Code JON066<br>
Attorney for the Plaintiff

**GEORGE E. JONES, III**
**ATTORNEY AND COUNSELOR AT LAW**
**711 Alabama Avenue**
**P. O. Box 9**
**Selma, Alabama 36702-0009**
**(334) 874-6617**

## CERTIFICATE OF SERVICE

I hereby certify that I have this the __20TH__ day of February, 2007, served a copy of the foregoing by placing same in the United States Mail, postage prepaid and addressed to:

> Robert D. Segall, Esquire
> COPELAND, FRANCO, SCREWS & GILL, PC
> P. O. Box 347
> Montgomery, Alabama 36101-0347

__/s/ GEORGE E. JONES, III__<br>
OF COUNSEL