ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 FEB 27 P 2:14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CARROLL W. PUCKETT, )
)
Plaintiff, )
)
vs. ) CIVIL ACTION NO.
) 2:06-cv-1148-WKW
McPHILLIPS SHINBAUM, et al., )
)
Defendants. )

---

# MOTION FOR STAY OF SUMMARY JUDGMENT BRIEFING SCHEDULE PENDING DISPOSITION OF MOTION FOR RECUSAL

---

COMES NOW THE PLAINTIFF, by and through his undersigned counsel of record, and respectfully moves this Honorable Court as follows:

1.

To enter an Order Staying the summary judgment briefing schedule heretofore established by the Court in this proceeding, which provides that PLAINTIFF'S brief and evidentiary materials in opposition to DEFENDANTS' pending Motion for Summary Judgment shall be due on or before February 27, 2007, following a seven (7) day extension of time granted by the Court.

2.

PLAINTIFF has on this date filed a Motion for Recusal of Your Honor. PLAINTIFF would submit that it could be argued that he shall have waived his right to seek the recusal of Your Honor in this matter if he files his Motion for Recusal and if he files his Response

to DEFENDANT'S Motion for Summary Judgment both on the same day, February 27, 2007. That is to say, if the Court entertains the pending motion for summary judgment first, and the Court then renders a decision adverse to PLAINTIFF, then arguably the Motion for Recusal would become moot.

3.

Both state and federal cases almost uniformly hold that motions for recusal and motions for disqualification must be made early in the proceeding, and that the failure to do so may result in a waiver of the issue of recusal. Most of these cases hold that under such circumstances a Motion for Recusal is procedurally barred if not timely made, thus resulting in a waiver of the right to object to the trial judge's continued participation in the proceedings.

WHEREFORE, THE PREMISES CONSIDERED, PLAINTIFF prays this Honorable Court shall grant this Motion and enter an appropriate Order in which the Court: (i) defers a ruling on the DEFENDANTS' pending Motion for Summary Judgment unless and until the Court conducts a hearing on PLAINTIFF'S Motion for Recusal, (ii) suspends the schedule for the filing of PLAINTIFF'S brief and evidentiary materials in opposition to summary judgment, and (iii) suspends the schedule for the filing of any reply brief thereto by the DEFENDANTS.

Respectfully submitted this the 27 day of February, 2007.

GEORGE E. JONES, III
Ala. Bar I.D. ASB-9546-S82G
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this the __27__ day of February, 2007, served a copy of the foregoing by placing same in the United States Mail, postage prepaid and addressed to:

>  Robert D. Segall, Esquire
>  COPELAND, FRANCO, SCREWS & GILL, PC
>  P. O. Box 347
>  Montgomery, Alabama 36101-0347

/s/ _____
OF COUNSEL

**ADDRESS OF COUNSEL:**

GEORGE E. JONES, III
ATTORNEY AND COUNSELOR AT LAW
711 Alabama Avenue
P. O. Box 9
Selma, Alabama 36702-0009
(334) 874-6617