**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 FEB 27 P 2: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CARROLL W. PUCKETT, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:06-cv-1148-WKW |
| McPHILLIPS SHINBAUM, et al., | ) |
| Defendants. | ) |

## NOTICE OF FILING OF THE
## AFFIDAVITS OF GOOD FAITH OF GEORGE E. JONES, III
## AND AFFIDAVIT OF GOOD FAITH

PLEASE TAKE NOTICE that on this date the undersigned counsel has filed with the Clerk of the Court the AFFIDAVIT OF GOOD FAITH OF GEORGE E. JONES, III, which is submitted in support of two (2) other motions filed simultaneously therewith.

Respectfully submitted this the 27 day of February, 2007.

GEORGE E. JONES, III
Ala. Bar I.D. ASB-9546-S82G
Attorney for the Plaintiff

ADDRESS OF COUNSEL:
GEORGE E. JONES, III
ATTORNEY AND COUNSELOR AT LAW
711 Alabama Avenue
P. O. Box 9
Selma, Alabama 36702-0009
(334) 874-6617

## CERTIFICATE OF SERVICE

I hereby certify that I have this the __27__ day of February, 2007, served a copy of the foregoing by placing same in the United States Mail, postage prepaid and addressed to:

> Robert D. Segall, Esquire
> COPELAND, FRANCO, SCREWS & GILL, PC
> P. O. Box 347
> Montgomery, Alabama 36101-0347

_____
OF COUNSEL

ORIGINAL

STATE OF ALABAMA )

DALLAS COUNTY )

## AFFIDAVIT OF GOOD FAITH
## OF GEORGE E. JONES, III

1. My name is GEORGE E. JONES, III. I am over nineteen (19) years of age, I have personal knowledge of the facts set forth in this affidavit, and I am competent to testify as to the matters contained herein. I am counsel of record for PLAINTIFF CARROLL W. PUCKETT in the case of PUCKETT v. MCPHILLPS SHINBAUM, Civil Action No. 2:06-cv-1148-WKW, which is presently pending before Your Honor in The United States District Court for the Middle District of Alabama.

2. This affidavit of Good Faith is filed in support of two (2) motions filed simultaneously herewith with the Clerk of the Court: (i) a Motion for Recusal of The Honorable W. Keith Watkins, United States District Judge, and (ii) a Motion for Stay of Summary Judgment Briefing Schedule Pending Disposition of Motion for Recusal.

3. The Motion for Recusal is based upon the fact that one of Your Honor's law clerks, the HONORABLE JOSHUA SEGALL, is the son of counsel for the DEFENDANTS in this proceeding, the HONORABLE ROBERT D. SEGALL. Upon information and belief, as set forth with particularity in the said Motion for Recusal, JOSHUA STEGALL may be the law clerk who has been assigned by Your Honor to work on this case. Thus, Your Honor's impartiality may therefore be open to question. This also presents an appearance of bias in favor of the DEFENDANTS.

4. This affidavit is to certify that the Motion for Recusal is made and filed in good faith, not merely for purpose of delay, without any disrespect to the Court,

*and without any malicious intent to disrespect, harass, or embarrass the HONORABLE JOSHUA SEGALL nor the HONORABLE ROBERT SEGALL. The said Motion for Recusal, in which JOSHUA SEGALL is the central figure, is in no way intended to impute any misconduct on his part, nor to annoy, embarrass, or harass JOSHUA SEGALL.*

5. *Indeed, DEFENDANTS' counsel, the HONORABLE ROBERT D. SEGALL, is a fine gentleman, a fine lawyer, and one of the most prominent and respected members of Alabama's legal community. He is a former President of The Alabama State Bar and was elected to this position by his peers. The HONORABLE ROBERT SEGALL enjoys an excellent reputation for professionalism and adherence to the highest standards of ethics and professionalism. Moreover, The HONORABLE JOSHUA SEGALL is a fine young man with a bright and promising future ahead of him. The undersigned counsel does not wish to be understood as asserting that father and son have had any improper communications about this pending case. The undersigned counsel is bound to represent his client zealously and within the bounds of <u>The Alabama Rules of Professional Conduct</u> . Because of the possible appearance of bias or partiality, as set forth in the said Motion for Recusal, the undersigned counsel has concluded that it is in the best interest of his client to proffer the Motion for Recusal at the present time before this case proceeds any further.*

6. *The said Motion for Recusal is based, in part, upon the prior judicial clerkship which the undersigned was privileged to experience some years ago. The undersigned counsel served as law clerk (1987-88) and staff attorney (1988) to the*

*late Henry B. Steagall II, Associate Justice of The Supreme Court of Alabama. During my clerkship, I was assigned to work at a desk in a large room which constituted a "pool" of law clerks to various Justices of the Court. Under such circumstances, it was difficult (if not impossible) for clerks to isolate themselves from other law clerks when required or suggested due to issues such as those which have now been presented to this Honorable Court. In other words, erection of the proverbial "Chinese wall" was neither realistic or practical given the close proximity of the law clerks to each other. Even if there are no discussions, the work product of each law clerk remained in/on his or her desk until an appeal had been disposed of.*

*7.    Following my appellate clerkship, I sought a trial clerkship with several United States District Court Judges in the Middle District. I was ultimately interviewed by the HONORABLE MYRON H. THOMPSON, the HONORABLE ROBERT VARNER, and the HONORABLE JOEL DUBINA. Following each interview, I was given a tour of chambers by each of the named District Judges. I recall that some of the law clerks of each of these Judges were also "pooled" at work stations in a single room. Again, isolation of a law clerk from a particular case under these circumstances is likely futile and impractical.*

*8.    Again, it cannot be too strongly emphasized that the said motions and this affidavit are filed in good faith and with no ill-will, no disrespect, and no malice toward the Court, toward any member of the Court's staff, nor towards the HONORABLE ROBERT D. SEGALL.*

ORIGINAL

*Further the affiant saith not.*

FILED this the __27__ day of February, 2007.

                                                               _____
                                                               GEORGE E. JONES, III
                                                               Ala. Bar I.D. ASB-9546-S82G
                                                               **Attorney for the Plaintiff**

STATE OF ALABAMA           )

DALLAS COUNTY              )

### VERIFICATION

Before me, the undersigned Notary Public, personally appeared GEORGE E. JONES, III, who being known to me and being first duly sworn, deposes and says that he is the AFFIANT in the above-captioned matter, that he has read the contents of the foregoing, and that the contents of same are true and correct to be the best of his knowledge, information and belief.

SWORN TO AND SUBSCRIBED BEFORE, me this the __27th__ day of February, 2007.

                                                               _____
                                                               GEORGE E. JONES, III

                                                               _____
                                                               Notary Public

(SEAL)

                                                               My Commission Expires: __10-30-08__