IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARROLL W. PUCKETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1148-WKW |
| | ) | |
| MCPHILLIPS SHINBAUM, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the plaintiff's Motion for Stay of Summary Judgment Briefing Schedule (Doc. # 12), it is ORDERED that the motion is GRANTED. Briefing on the motion for summary judgment is STAYED pending disposition of the motion for recusal.

DONE this 27th day of February, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE