## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 26, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:  Puckett v. McPhillips Shinbaum, LLP et al
Civil Action No. 2:06-cv-01148-WKW

The above-styled case has been reassigned to Judge Ira De Ment.

Please note that the case number is now 2:06-cv-01148-ID.   This new case number should be used on all future correspondence and pleadings in this action.