# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **CARROLL W. PUCKETT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv1148-ID |
| v. | ) |
| | ) |
| **McPHILLIPS SHINBAUM, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

On March 26, 2007, the above-styled case was reassigned to the undersigned. At the time of reassignment, briefing on the summary judgment motion had been stayed pending resolution of the motion for recusal. (Doc. No. 15.) By the terms of the order imposing the stay, the stay expired automatically upon resolution of the then-pending motion for recusal. (Id.) The motion for recusal now having been resolved, it is CONSIDERED and ORDERED that the plaintiff file a response to the pending motion for summary judgment on or before April 25, 2007.[1] The defendants may file a reply, if

---

[1] This submission is **without oral argument**. Should the court determine that oral argument is necessary, a hearing will be scheduled. If the nonmoving party fails to respond, a final judgment may be entered without further notice or trial. See Fed. R. Civ. P. 56(e). **The moving party's evidence may be accepted as true if it is not contradicted by the opposing party**. Id. The contradiction must be supported by evidence which may include, but is not limited to, affidavits and depositions. Any evidence, and in particular deposition testimony, must be cited to **with specificity and particularity**. Id. If deposition testimony is submitted and relied upon, the parties shall direct the court to **specific testimony** which either does or does not "set forth specific facts showing that there is a genuine issue for trial." Id. Summary judgment may be granted for either party if the evidence filed with the court shows that there is no material question of fact and that a party is entitled to judgment as a matter of law. See Fed. R. Civ. P. 56.

desired, on or before May 2, 2007. Thereafter, the defendants' motion for summary judgment, and all pleadings and evidence filed in support of or in opposition to said motion, shall be DEEMED submitted to the court.

Pleadings submitted beyond the submission date will not be considered by the court absent compelling exigent circumstances.

CONSIDERED and ORDERED this 11th day of April, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE