IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | CIVIL ACTION NO.: |
| ) | 2:06-cv-1148-ID |
| MCPHILLIPS SHINBAUM, et al.      ) | |
| ) | |
| Defendants.      ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF ONE WEEK
FOR FILING OF SUMMARY JUDGMENT REPLY BRIEF**

Come now the defendants in the above styled lawsuit and move this Honorable Court for an extension of one week within which to file their reply brief in support of their motion for summary judgment and as grounds for said motion, show unto the Court as follows:

1. Defendants were given one week within which to reply to plaintiff's response to motion for summary judgment.

2. Because plaintiff submitted lengthy affidavits in response to the motion for summary judgment, it took defendants' lawyers some time to meet with the necessary people to provide the Court with sufficient evidence to demonstrate that there is no material issue of fact that precludes the grant of summary judgment.

3. Although defendants' lawyers have prepared the necessary responsive affidavit and exhibits to demonstrate there is no material issue of fact in the case, the press of other deadlines makes completing their reply brief by its due date on May 2, 2007 difficult.

4. A one week's extension will permit defendants to submit a better quality brief for the Court's consideration.

5. Defendants' lawyer has attempted to contact George Jones, attorney for plaintiff, to seek

his agreement to the grant of the requested extension, but has so far been unable to reach Mr. Jones. It bears some mention that defendants agreed to an extension on plaintiff's response to the motion for summary judgment and, due to a stay issued one day before the extended due date, plaintiff received an extension of several more weeks on his response.

           Respectfully submitted,

           s/Shannon L. Holliday
           Robert D. Segall  (SEG003)
           Shannon L. Holliday (HOL088)
           COPELAND, FRANCO, SCREWS & GILL, P.A.
           444 South Perry Street (36104)
           P.O. Box 347
           Montgomery, AL 36101-0347
           Telephone: 334-834-1180
           Fax: 334-834-3172
           Email: holliday@copelandfranco.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1st, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **George E. Jones, III**
  slick481957@yahoo.com

           s/Shannon L. Holliday
           Of Counsel