IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv1148-ID |
| v. | ) |
| | ) |
| McPHILLIPS SHINBAUM, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Upon CONSIDERATION of Defendants' motion for extension of time, filed May 1, 2007 (Doc. No. 21), it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for Defendants to file a reply is hereby EXTENDED to and including May 9, 2007.

Done this 1st day of May, 2007.

                          /s/ Ira DeMent
                          SENIOR UNITED STATES DISTRICT JUDGE