**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CARROLL W. PUCKETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 2:06cv1148-ID** |
| **v.** | ) | |
| | ) | |
| **McPHILLIPS SHINBAUM, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion for leave of court to file additional counter-affidavit in opposition to summary judgment (Doc. No. 24), it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 14th day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE