## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CARROLL W. PUCKETT,** | ) |
| | ) |
| Plaintiff, | ) |
| | )   **CIVIL ACTION NO. 2:06cv1148-ID** |
| v. | ) |
| | ) |
| **McPHILLIPS SHINBAUM, et al.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon CONSIDERATION of Defendants' motion to strike affidavit, or in the alternative, motion to reconsider order granting Plaintiff leave to file said affidavit (Doc. No. 27), it is ORDERED that Plaintiff show cause, if any there be, on or before July 2, 2007, why said motion should not be granted.

Done this 22nd day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE