IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:06-cv-1148-ID |
| MCPHILLIPS SHINBAUM, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held telephonically on June 26, 2007. The following attorneys participated:

George Jones for Plaintiff.

Shannon Holliday for Defendants.

2. Pre-Discovery Disclosures. The parties will exchange by **July 30, 2007,** the information required by the local rules for the Northern District of Alabama, LR 26.1.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

All discovery shall be completed by no later than **February 15**, 2007.

Maximum of interrogatories by each party to any other party is **45**.

Maximum of requests for admission by each party to any other party is **20**.

Maximum of **6** depositions each by Plaintiffs and Defendants.

Reports from retained experts under Rule 26(a)(2) due:

from plaintiffs by **December 15, 2007**.

from defendants by **January 15, 2001.**

4. Other Items.

The parties **do not** request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference **approximately forty-five (45) days prior to trial**.

Plaintiffs contend they should be allowed until **July 30, 2007** to join additional parties and until **August 7, 2007** to amend the pleadings.

All potentially dispositive motions should be filed no later than **sixty (60) days prior to trial**.

Settlement cannot be evaluated at this time.

Final lists of witnesses under Rule 26(a)(3) should be due

>from plaintiffs by **January 15;**

>from defendants by **January 30, 2007.**

Final lists of exhibits under Rule 26(a)(3) should be due

>from plaintiffs by **thirty (30) days before trial**;

>from defendants by **twenty (20) days before trial**.

Parties should have **10 days** after service of final lists of witnesses and exhibits respectively to list objections under Rule 26(a)(3).

The case should be ready for trial **May 1, 2008** and should take approximately **three (3) days**.

Date: June 27, 2007.

>Respectfully submitted,
>
>s/Shannon L. Holliday
>Robert D. Segall  (SEG003)
>Shannon L. Holliday (HOL088)
>COPELAND, FRANCO, SCREWS & GILL, P.A.

444 South Perry Street (36104)
P.O. Box 347
Montgomery, AL 36101-0347
Telephone: 334-834-1180
Fax: 334-834-3172
Email: holliday@copelandfranco.com


<u>s/George E. Jones, III</u>
George E. Jones, III
711 Alabama Street
Post Office Box 9
Selma, Alabama 36702-0009
Telephone: (334) 874-6618
Facsimile: (334) 874-7596
Email: slick481957@yahoo.com