IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:06-cv-1148-ID |
| McPHILLIPS SHINBAUM, et al., ) | |
| ) | |
| Defendants. ) | |

RECEIVED
2007 OCT 15 P 12: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE LATE HIS NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION AND PLAINTIFF'S NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW THE PLAINTIFF, by and through his undersigned counsel of record, and respectfully moves this Honorable Court for leave to file this Notice Concerning Settlement Conference and Mediation after the deadline for same, by notifying the Court that counsel for the parties engaged in good faith face-to-face settlement negotiations within the time specified by the Court. The parties could not reach a settlement and it is anticipated that mediation will not facilitate a settlement in this matter.

Respectfully submitted this the 15 day of October, 2007.

GEORGE E. JONES, III
Ala. Bar I.D. ASB-9546-S82G
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this the **15** day of October, 2007, served a copy of the foregoing by placing same in the United States Mail, postage prepaid and addressed to:

>Robert D. Segall, Esquire
>COPELAND, FRANCO, SCREWS & GILL, PC
>P. O. Box 347
>Montgomery, Alabama 36101-0347
>
>Shannon L. Holliday, Esquire
>COPELAND, FRANCO, SCREWS & GILL, PC
>P. O. Box 347
>Montgomery, Alabama 36101-0347

OF COUNSEL

ADDRESS OF COUNSEL:

GEORGE E. JONES, III
ATTORNEY AND COUNSELOR AT LAW
711 Alabama Avenue
P. O. Box 9
Selma, Alabama 36702-0009
(334) 874-6617