# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv1148-ID |
| v. | ) |
| | ) |
| McPHILLIPS SHINBAUM, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion for leave of court to file out of time the required notice concerning settlement conference and mediation (Doc. No. 31), it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 15th day of October, 2007.

                                     /s/ Ira DeMent
                                     SENIOR UNITED STATES DISTRICT JUDGE