IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:06-cv-1148-ID-TFN |
| | ) |
| MCPHILLIPS SHINBAUM, LLP; | ) |
| JULIAN MCPHILLIPS; KENNETH | ) |
| SHINBAUM; AND AMELIA STRICKLAND, | ) |
| | ) |
| Defendants. | ) |

CONFLICT DISCLOSURE STATEMENT

COMES NOW Amelia Strickland, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**X**  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| Amelia Strickland<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Employed as Office Manager of the firm McPhillips Shinbaum, L.L.P. |

| | |
|---|---|
| January 21, 2008<br>Date | s/Robert D. Segall<br>Robert D. Segall (SEG003)<br>Shannon L. Holliday (HOL088)<br>Copeland Franco Screws & Gill PA<br>PO Box 347<br>Montgomery AL 36101<br>Phone: 334-834-1180<br>Email: segall@copelandfranco.com<br>Email: holliday@copelandfranco.com<br><br>*Counsel for: McPhillips Shinbaum LLP,*<br>*Julian McPhillips; Kenneth Shinbaum and*<br>*Amelia Strickland* |

**CERTIFICATE OF SERVICE**

I, Robert D. Segall, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed upon the following counsel of record on this the 21st day of January, 2008:

George E. Jones, III, Esq.
711 Alabama Avenue
Selma, AL 36701
Phone: 334-874-6618

s/Robert D. Segall
Signature
