IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:06-cv-1148-ID-TFN |
| | ) |
| MCPHILLIPS SHINBAUM, LLP; | ) |
| JULIAN MCPHILLIPS; KENNETH | ) |
| SHINBAUM; AND AMELIA STRICKLAND, | ) |
| | ) |
| Defendants. | ) |

CONFLICT DISCLOSURE STATEMENT

COMES NOW Julian McPhillips, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

**X**  The following entities and their relationship to the party are hereby reported:

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| Julian McPhillips<br>McPhillips Shinbaum L.L.P<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Partner of the firm McPhillips Shinbaum L.L.P. |
| McPhillips Shinbaum L.L.P<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Law Firm of which Julian McPhillips is a partner |
| Kenneth Shinbaum<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Partner of the firm McPhillips Shinbaum L.L.P. |
| Aaron Luck<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Partner of the firm McPhillips Shinbaum L.L.P. |

| | |
|---|---|
| James Bodin<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Partner of the firm McPhillips Shinbaum L.L.P. |
| Joseph Guillot<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Partner of the firm McPhillips Shinbaum L.L.P. |
| Elizabeth Bern Spear<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Associate Attorney of the firm McPhillips Shinbaum L.L.P. |
| Amelia Strickland<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Office Manager of the firm McPhillips Shinbaum, L.L.P. |

| | |
|---|---|
| January 21, 2008<br>Date | s/Robert D. Segall<br>Robert D. Segall (SEG003)<br>Shannon L. Holliday (HOL088)<br>Copeland Franco Screws & Gill PA<br>PO Box 347<br>Montgomery AL 36101<br>Phone: 334-834-1180<br>Email: segall@copelandfranco.com<br>Email: holliday@copelandfranco.com<br><br>*Counsel for: McPhillips Shinbaum LLP, Julian McPhillips; Kenneth Shinbaum and Amelia Strickland* |

**CERTIFICATE OF SERVICE**

I, Robert D. Segall, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed upon the following counsel of record on this the 21st day of January, 2008:

George E. Jones, III, Esq.
711 Alabama Avenue
Selma, AL 36701
Phone: 334-874-6618

                                                s/Robert D. Segall
                                                Signature