IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06-cv-1148-ID-TFN |
| ) | |
| MCPHILLIPS SHINBAUM, LLP; ) | |
| JULIAN MCPHILLIPS; KENNETH ) | |
| SHINBAUM; AND AMELIA STRICKLAND, ) | |
| ) | |
|     Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW the law firm McPhillips Shinbaum L.L.P., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ☐    This party is an individual, or

    ☐    This party is a governmental entity, or

    ☐    There are no entities to be reported, or

    X    The following entities and their relationship to the party are hereby reported:

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| McPhillips Shinbaum L.L.P<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Law Firm |
| Julian McPhillips<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Partner of the firm McPhillips Shinbaum L.L.P. |
| Kenneth Shinbaum<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Partner of the firm McPhillips Shinbaum L.L.P. |
| Aaron Luck<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Partner of the firm McPhillips Shinbaum L.L.P. |

| | |
|---|---|
| James Bodin<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Partner of the firm McPhillips Shinbaum L.L.P. |
| Joseph Guillot<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Partner of the firm McPhillips Shinbaum L.L.P |
| Elizabeth Bern Spear<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Associate Attorney of the firm McPhillips Shinbaum L.L.P. |
| Amelia Strickland<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery AL 36101<br>Phone: 334-262-1911 | Office Manager of the firm McPhillips Shinbaum, L.L.P. |

January 21, 2008
Date

s/Robert D. Segall
Robert D. Segall (SEG003)
Shannon L. Holliday (HOL088)
Copeland Franco Screws & Gill PA
PO Box 347
Montgomery AL 36101
Phone: 334-834-1180
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com

*Counsel for: McPhillips Shinbaum LLP, Julian McPhillips; Kenneth Shinbaum and Amelia Strickland*

**CERTIFICATE OF SERVICE**

I, Robert D. Segall, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed upon the following counsel of record on this the 21st day of January, 2008:

George E. Jones, III, Esq.
711 Alabama Avenue
Selma, AL 36701
Phone: 334-874-6618

s/Robert D. Segall
Signature