**ORIGINAL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CARROLL W. PUCKETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CASE NO. 2:06-cv-1148-ID** |
| | ) |
| **MCPHILLIPS, SHINBAUM, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Comes now GEORGE E. JONES, III, of the Dallas County Bar, counsel for Plaintiff in the above styled cause, and respectfully gives notice to this Honorable Court of his change of address as set forth hereinbelow.

The Clerk of Court is requested to enter this change of address on the record and the clerk and counsel of record for the Defendants are requested to serve MR. JONES with all court notices and pleadings at this new address.

Respectfully submitted this /6*l* day of January, 2008.

**GEORGE E. JONES, III**
**ASB-**
**Attorney for Plaintiff**

**OF COUNSEL:**
**George E. Jones, III**
**Attorney and Counselor at Law**
**605 Furniss Avenue**
**Suite 14-D**
**Selma, Alabama 36701**
**Telephone to be installed**

## CERTIFICATE OF SERVICE

This is to certify that I have on this _14_ day of January, 2008 served a copy of the foregoing notice by placing same in the United States mail, postage prepaid and addressed to:

> **Robert D. Segall, Esquire**
> **Shannon L. Holliday, Esquire**
> **COPELAND, FRANCO, SCREWS & Gill**
> **Post Office Box 347**
> **Montgomery, Alabama 36101-0347**

**OF COUNSEL**