IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv1148-ID |
| v. | ) |
| | ) |
| McPHILLIPS SHINBAUM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Defendants' motion to strike affidavit of Paul Puckett or, in the alternative, motion to reconsider order granting Plaintiff leave to file said affidavit (Doc. No. 27), and Plaintiff having interposed no objection thereto, it is ORDERED that, for the reasons argued by Defendants, Defendants' motion to strike affidavit of Paul Puckett be and the same is hereby GRANTED and that Defendants' alternative motion to reconsider order granting Plaintiff leave to file said affidavit be and the same is hereby DENIED as moot.

Done this 31st day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE