**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| CARROLL W. PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 2:06-cv-1148-ID |
| MCPHILLIPS SHINBAUM, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEPOSITION NOTICE**

Please take notice that Defendants will take the following deposition upon oral examination

before an officer authorized by law to administer oaths.

| | |
|---|---|
| Deponent: | Carol Puckett |
| Place: | Copeland, Franco, Screws & Gill, P.A. |
| | 444 South Perry Street |
| | Montgomery, AL 36104 |
| Date: | June 5, 2008 |
| Time: | 10:00 a.m. |

The deponent has been requested to bring and produce at the time of deposition those items

listed  below:

1.      All documents, including tape recordings, electronic mail, written materials, and the
like, that support his position in this lawsuit.

Respectfully submitted,

 s/Shannon L. Holliday
Robert D. Segall  (SEG003)
Shannon L. Holliday (HOL088)
COPELAND, FRANCO, SCREWS & GILL, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
Telephone: 334-834-1180
Fax: 334-834-3172
Email: holliday@copelandfranco.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via U.S. Mail to the following counsel:

**VIA HAND DELIVERY AND**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**
George E. Jones, III
605 Furniss Avenue
Suite 14-D
Selma, AL 36701
Email: slick481957@yahoo.com


 s/Shannon L. Holliday
Of Counsel