**ORIGINAL**

RECEIVED

2008 MAY 13 A 10: 12

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARROLL W. PUCKETT, | > | |
| PLAINTIFF, | > | |
| VS. | > | CIVIL ACTION NO.: 2:06-cv-1148-ID |
| McPHILLIPS SHINBAUM, et al, | > | |
| DEFENDANTS. | > | |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Comes now GEORGE E. JONES, III, of the Dallas County Bar, Counsel for Plaintiff in the above styled cause, and respectfully gives notice to this Honorable Court of his change of address as set forth hereinbelow.

The Clerk of Court if requested to enter this change of address on the record and the clerk and counsel of record for the Defendants are requested to serve MR. JONES with all court notices and pleadings as this new address.

_____
GEORGE E. JONES, III
Ala. Barr I.D. ASB-9546-5826

ADDRESS OF COUNSEL:

GEORGE E. JONES, III
ATTORNEY AND COUNSELOR AT LAW
603 Alabama Avenue
P. O. Box 381
Selma, Alabama 36702-0381
(334)874-9477 - Ext. 15
(334)874-9441 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this the __12__ day of May, 2008, served a copy of the foregoing by placing same I the United States Mail, postage prepaid and addressed to:

> Robert D. Segall, Esquire
> Shannon L. Holliday, Esquire
> COPELAND, FRANCO, SCREWS & GILL, P.A.
> P. O. Box 347
> Montogmery, AL 36101-0347

_____
OF COUNSEL