ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARROLL W. PUCKETT, | > | |
| PLAINTIFF, | > | |
| VS. | > | CIVIL ACTION NO.: 2:06-cv-1148-ID |
| McPHILLIPS SHINBAUM, et al, | > | |
| DEFENDANTS. | > | |

### MOTION TO PERMIT PLAINTIFF'S COUNSEL TO RECEIVE COURT NOTICES BY U.S. MAIL ON A TEMPORARY BASIS

Comes now GEORGE E. JONES, III, of the Dallas County Bar, Counsel of record for Plaintiff in the above captioned matter, and respectfully moves this Honorable Court to issue an appropriate order permitting counsel to receive all notices in this cause from the Clerk of the Court by United States mail on a temporary basis. As grounds therefor it is shown unto the Court as follows:

1.

Counsel recently moved his law office, for the second time in less than six (6) months, to the address set forth hereinbelow.

2.

Counsel presently does not have access to nor the use of the proper computer system for electronic filing of pleadings and motions with the Clerk of the Court. Due to financial difficulties, both personal and professional, counsel does not forsee obtaining the said proper equipment and internet access within the coming three (3) months or

so.

3.

Plaintiff's counsel has diligently searched for a law firm in Selma which is set up to electronically file documents with the Clerk for the Middle District but thus far he has been unable to locate one. Indeed, counsel was able to locate only one law firm in Selma which had the capacity for electronic filing with the Clerk for the Southern District, in which Dallas County is situated.

WHEREFORE, THE PREMISES CONSIDERED, Plaintiff's counsel prays this Honorable Court shall grant this motion and enter an appropriate order exempting Plaintiff from the requirements of electronic filing on a temporary basis until such time as counsel obtains access to the necessary computer equipment for electronic filing.

Respectfully submitted this _12_ day of May, 2008.

GEORGE E. JONES, III
Ala. Barr I.D. ASB-9546-5826

ADDRESS OF COUNSEL:

GEORGE E. JONES, III
ATTORNEY AND COUNSELOR AT LAW
603 Alabama Avenue
P. O. Box 381
Selma, Alabama 36702-0381
(334)874-9477 - Ext. 15
(334)874-9441 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this the _12_ day of May, 2008, served a copy of the foregoing by placing same I the United States Mail, postage prepaid and addressed to:

> Robert D. Segall, Esquire
> Shannon L. Holliday, Esquire
> COPELAND, FRANCO, SCREWS & GILL, P.A.
> P. O. Box 347
> Montogmery, AL 36101-0347

_____
OF COUNSEL