IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv1148-ID |
| v. | ) |
| | ) |
| McPHILLIPS SHINBAUM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Motion to Permit Plaintiff's Counsel to Receive Court Notices by U.S. Mail on a Temporary Basis (Doc. No. 49), and for good cause shown, it is ORDERED that said Motion be and the same is hereby GRANTED.

DONE this 29th day of May, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE