**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| CARROLL W. PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 2:06-cv-1148-ID |
| MCPHILLIPS SHINBAUM, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**

COME NOW the parties in the above-styled case and move for a continuance of the dispositive motion deadline in this case. As grounds therefore the parties show the following:

1. Plaintiff Carroll Puckett has been ill and often hospitalized over the past several months and unavailable for depositions.

2. Mr. Puckett's deposition is necessary for purposes of the summary judgment motion.

Wherefore, the parties move that this court continue the dispositve motion deadline to November 2008.

Submitted this the 31st day of June, 2008.

Respectfully submitted,

 s/Shannon L. Holliday
Robert D. Segall  (SEG003)
Shannon L. Holliday (HOL088)
COPELAND, FRANCO, SCREWS & GILL, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
Telephone: 334-834-1180
Fax: 334-834-3172
Email: holliday@copelandfranco.com
Email: segall@copelandfranco.com
**ATTORNEYS FOR DEFENDANTS**

George E. Jones, III
P.O. Box 381
Selma, AL 36702-0381
Telephone: 334-874-9477
Facsimile: 334-874-9441
**ATTORNEY FOR PLAINTIFF**