IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-CV-1148-ID |
| | ) |
| MCPHILLIPS SHINBAUN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Joint Motion to Extend Deadline for Dispositive Motions (Doc. No. 51, filed August 1, 2008), it is ORDERED that said Motion be and the same is hereby DENIED.[1]

Done this 4th day of August, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] An extension of the dispositive motion deadline to November 2008 would not afford the court sufficient time to consider and rule on a summary judgment motion prior to the pretrial hearing which is set on December 2, 2008. To ensure that the parties have adequate time to thoroughly prepare for trial on the relevant claims, it is the court's practice to rule on all dispositive motions prior to the pretrial hearing.