### IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:06-cv-1148-ID |
| MCPHILLIPS SHINBAUM, et al. ) | |
| ) | |
| Defendants. ) | |

### MOTION TO CONTINUE TRIAL AND
### ALL REMAINING DEADLINES IN CURRENT SCHEDULING ORDER

COME NOW Defendants in the above-styled matter and move this Court to continue the Trial and all deadlines in the Court's current scheduling order. As grounds for the same the Defendants show as follows:

1. Defendants with Plaintiff sought an extension of the dispositive motion deadline on July 31, 2008.

2. Said motion was based on the inability to obtain the Plaintiff's deposition before said deadline due to the Plaintiffs' prolonged physical illnesses and hospitalizations over the past few months. Specifically, depositions scheduled for early June had been cancelled by Plaintiff due to his illness and hospitalization, and Plaintiff's counsel was to contact Defendants as soon as Plaintiff was physically able to appear for depositions. See Exhs. A & B hereto.

3. On August 4, 2008, this Court denied the motion to extend the dispositive motion deadline, indicating in its Order that the continuance requested would not provide the Court sufficient time to rule on the motion before the pretrial hearing.

4. After receiving the Court's order, Defendants attempted again to schedule Plaintiff's

deposition in August, early enough to be able to meet the September 2, 2008 dispositive motion deadline.

5.      Thus far, Defendants have been unsuccessful despite several calls and letters to Plaintiff's counsel.

6.      Defendants learned just a few days ago, from sources other than Plaintiff's counsel, that Plaintiff was to undergo further surgery this week.

7.      Under the circumstances, Defendants have no choice but to seek an extension of all deadlines remaining in this Court's scheduling Order sufficient to permit Defendants to obtain Plaintiff's deposition prior to the dispositive motion deadline and also giving this Court sufficient time before the pretrial hearing to rule on the same.

8.      Although Plaintiff's health condition is not fully known to Defendants, at present, Defendants are hopeful that continuing the dispositive motion deadline to November 3, 2008 should provide sufficient time to depose Plaintiff prior to completion of the summary judgment motion. The remaining deadlines could also then be continued for approximately two months or more based on this Court's discretion and calendar.

9.      While Defendants have not been able to reach Plaintiff's counsel on this date to get his approval of this motion, Defendants are under the impression, based on recent conversations with him, that a continuance of all dates in the scheduling order would be agreeable to him.

WHEREFORE Defendants request that this Court continue the dispositive motion deadline to November 3, 2008 and all remaining deadlines for approximately two months or more based on this Court's discretion.

        Respectfully submitted,

        s/Shannon L. Holliday
        Robert D. Segall  (SEG003)
        Shannon L. Holliday (HOL088)
        COPELAND, FRANCO, SCREWS & GILL, P.A.
        444 South Perry Street (36104)
        P.O. Box 347
        Montgomery, AL 36101-0347
        Telephone: 334-834-1180
        Fax: 334-834-3172
        Email: holliday@copelandfranco.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing via U.S. Mail to the following:

    George E. Jones, III
    603 Alabama Avenue
    P.O. Box 381
    Selma, AL 36702-0381

        s/Shannon L. Holliday
        Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 2:06-cv-1148-ID |
| MCPHILLIPS SHINBAUM, et al. | ) |
| | ) |
| Defendants. | ) |

**DEPOSITION NOTICE**

Please take notice that Defendants will take the following deposition upon oral examination before an officer authorized by law to administer oaths.

> Deponent: Carol Puckett
> Place: Copeland, Franco, Screws & Gill, P.A.
> 444 South Perry Street
> Montgomery, AL 36104
> Date: June 5, 2008
> Time: 10:00 a.m.

The deponent has been requested to bring and produce at the time of deposition those items listed below:

1. All documents, including tape recordings, electronic mail, written materials, and the like, that support his position in this lawsuit.

> Respectfully submitted,
>
> s/Shannon L. Holliday
> Robert D. Segall  (SEG003)
> Shannon L. Holliday (HOL088)
> COPELAND, FRANCO, SCREWS & GILL, P.A.
> P.O. Box 347
> Montgomery, AL 36101-0347
> Telephone: 334-834-1180
> Fax: 334-834-3172
> Email: holliday@copelandfranco.com
>
> **ATTORNEYS FOR DEFENDANTS**


EXHIBIT A

## CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via U.S. Mail to the following counsel:

**VIA HAND DELIVERY AND**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**
George E. Jones, III
605 Furniss Avenue
Suite 14-D
Selma, AL 36701
Email: slick481957@yahoo.com

                                                  s/Shannon L. Holliday
                                                  Of Counsel

LAW OFFICES OF

# COPELAND, FRANCO, SCREWS & GILL, P. A.

PROFESSIONAL ASSOCIATION

444 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

MAILING ADDRESS:
P. O. Box 347
www.copelandfranco.com
MONTGOMERY, AL 36101-0347

TELEPHONE (334) 834-1180
FACSIMILE (334) 834-3172

RICHARD H. GILL
ALAN E. ROTHFEDER
ROBERT D. SEGALL
JOHN A. HENIG, JR.
JO KAREN PARR
MARK A. FRANCO
LEE H. COPELAND
GEORGE W. WALKER, III

J. DAVID MARTIN
SHANNON L. HOLLIDAY
C. NELSON GILL
H. NEAL FARMER
J. HEATH LOFTIN

OF COUNSEL:
HERMAN B. FRANCO
EUEL A. SCREWS, JR.
JAMES G. HAWTHORNE, JR.

ALBERT W. COPELAND
(1927-1983)
DEXTER C. HOBBS
(1955-1990)

May 14, 2008

George E. Jones, III
605 Furniss Avenue
Suite 14-D
Selma, AL 36701

RE: Carroll W. Puckett v. McPhillips Shinbaum, et al.

Dear George:

I received your letter about the June 5th deposition. As it looks like Carroll's health will likely not permit a deposition on that date, why don't you give us a set of dates once Carroll's health improves enough that we can feel certain that he will be able to give his deposition.

Sincerely,

Shannon

Shannon Holliday

SLH/kks

EXHIBIT B