## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| CARROLL W. PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 2:06-cv-1148-ID |
| MCPHILLIPS SHINBAUM, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS

COME NOW the parties in the above-styled case and move for a continuance of the dispositive motion deadline in this case. As grounds therefore the parties show the following:

1. The dispositive motion deadline is currently set for September 2, 2008.

2. The parties previously sought to extend the deadline to November 2008, which the Court rejected as too close to the pretrial hearing.

3. Despite zealous efforts, depositions necessary for the summary judgment motion could not be scheduled in August but have been scheduled for September.

4. The parties will be able to meet a dispositive motion deadline of September 29, 2008.

Wherefore, the parties move to continue the dispositve motion deadline to September 29, 2008.

Submitted this the 19th day of August, 2008.

Respectfully submitted,

 s/Shannon L. Holliday
Robert D. Segall  (SEG003)
Shannon L. Holliday (HOL088)
COPELAND, FRANCO, SCREWS & GILL, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
Telephone: 334-834-1180
Fax: 334-834-3172
Email: holliday@copelandfranco.com
Email: segall@copelandfranco.com
**ATTORNEYS FOR DEFENDANTS**

George E. Jones, III
P.O. Box 381
Selma, AL 36702-0381
Telephone: 334-874-9477
Facsimile: 334-874-9441
**ATTORNEY FOR PLAINTIFF**