IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARROLL W. PUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-CV-1148-ID |
| | ) |
| MCPHILLIPS SHINBAUM, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Joint Motion to Extend Deadline for Dispositive Motions (Doc. No. 55, filed August 19, 2008), it is ORDERED that said motion be and the same is hereby GRANTED. The dispositive motion deadline is extended to and including September 29, 2008.

Done this 21st day of August, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE