IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARROLL W. PUCKETT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-CV-1148-ID |
| | ) | (WO) |
| MCPHILLIPS SHINBAUM, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

**O R D E R**

Before the court are the Recommendation of the Magistrate Judge (Doc. #87), Defendants' Objection to the Recommendation of the Magistrate Judge (Doc. #88), and Plaintiff's Objections to the Recommendation of the Magistrate Judge (Doc. #89). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED by this court as follows:

1. Defendants' Objection (Doc. #88) be and the same is hereby OVERRULED.

2. Plaintiff's Objections (Doc. #89) be and the same are hereby OVERRULED.

3. The Recommendation of the Magistrate Judge (Doc. #87) be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

4. Defendants' second motion for summary judgment (Doc. #57) be and the same is hereby GRANTED and this action is hereby DISMISSED with

    prejudice.

Done this the 28th day of April, 2010.

                                      /s/ Ira DeMent
                                    SENIOR UNITED STATES DISTRICT JUDGE